UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PAUL PALMER,

    Plaintiff,

v.

STATE OF MICHIGAN,

and

COMMUNITY MENTAL HEALTH
AUTHORITY OF CLINTON, EATON
& INGHAM COUNTIES,

    Defendants.

Hon. Hala Y. Jarbou

Case No. 1:22-cv-0090

| NYMAN TURKISH PC<br>Jason M. Turkish (P76310)<br>Ryan T. Kaiser (P79491)<br>20750 Civic Center Drive, Ste 290<br>Southfield MI 48076<br>(248) 284-2480<br>Jason.Turkish@NymanTurkish.com<br>Ryan.Kaiser@NymanTurkish.com | ROSATI SCHULTZ JOPPICH<br>& AMTSBUECHLER PC<br>Andrea M. Pike (P74755)<br>Attorneys for Defendant CMH-CEI<br>27555 Executive Drive, Suite 250<br>Farmington Hills, MI 48331<br>(248) 489-4100<br>apike@rsjalaw.com |
|---|---|

## STIPULATION OF THE PARTIES TO DISMISS THIS CASE WITH PREJUDICE AND WITHOUT COSTS

WHEREAS the parties have resolved this matter through mediation with the Court having made the preliminary injunction permanent [ECF No. 48] and now wish to dismiss this case with prejudice and without further costs or fees to either party.

The parties hereby STIPULATE and AGREE to dismiss this case with prejudice and without costs, interest, or attorney fees as to any party.

June 11, 2022

NYMAN TURKISH PC

*/s/ Jason M. Turkish*_____
Jason M. Turkish (P76310)
Ryan T. Kaiser (P79491)
20750 Civic Center Drive, Ste 290
Southfield MI 48076
(248) 284-2480
Jason.Turkish@NymanTurkish.com
Ryan.Kaiser@NymanTurkish.com

June 11, 2022

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC

*/s/ Andrea M. Pike*_____
Andrea M. Pike (P74755)
Attorneys for Defendant
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
apike@rsjalaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

P<small>AUL</small> P<small>ALMER</small>,

    Plaintiff,

v.

STATE OF MICHIGAN,

and

COMMUNITY MENTAL HEALTH
AUTHORITY OF CLINTON, EATON
& INGHAM COUNTIES,

    Defendants.
_____/

Hon. Hala Y. Jarbou

Case No. 1:22-cv-0090

## **ORDER**

Upon the stipulation of the parties, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice subject to a permanent injunction order [ECF No. 48] and without further costs, interest, or attorney fees as to any party. This is a final Order of the Court which resolves all pending claims and closes this case.

**IT IS SO ORDERED.**

Date: June 13, 2022

    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    UNITED STATES DISTRICT JUDGE